AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| Ryan Walters, In His Official Capacity and OSDE <br> *Plaintiff* <br> v. <br> Freedom From Religion Foundation <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   6:25cv94-GLJ |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ryan Walters, in his official capacity, and Oklahoma State Dept. of Education                        .

Date:   03/31/2025

*Attorney's signature*

Jacquelyne K. Phelps OBA#34366
*Printed name and bar number*

2500 N. Lincoln Blvd. Ste. 500
Oklahoma City, OK 7305

*Address*

Jacki.Phelps@sde.ok.gov
*E-mail address*

(405) 521-2983
*Telephone number*

*FAX number*