AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | |
|---|---|
| Ryan Walters, in his official capacity as Superintendent of Public Instruction & Oklahoma State Department of Education<br><br>*Plaintiff(s)*<br><br>v.<br><br>Freedom From Religion Foundation<br><br>*Defendant(s)* | Civil Action No. 6:25cv94-GLJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacquelyne Phelps
Assistant General Counsel
Oklahoma State Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/31/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25cv94-GLJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Freedom From Religion Foundation was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* U.S.P.S. Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/31/2025

_____
Server's signature

Jacquelyne Phelps, Assistant General Counsel
*Printed name and title*

2500 N. Lincoln Blvd.
Oklahoma City, OK 73105

*Server's address*

Additional information regarding attempted service, etc:
A copy of the Summons and Complaint will be mailed to the Defendant at its known business address.