# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN WALTERS, in his official capacity as the OKLAHOMA SUPERINTENDENT OF PUBLIC INSTRUCTION<br><br>*and*<br><br>THE OKLAHOMA DEPARTMENT OF EDUCATION,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>FREEDOM FROM RELIGION FOUNDATION,<br><br>*Defendant*. | Case No. 6:25cv94-JFH |

## STIPULATION

Petitioners Ryan Walters, in his official capacity as Superintendent of Public Instruction, and the Oklahoma State Department of Education ("Petitioners"), hereby stipulate to the Defendant's request for setting a response deadline of May 9, 2025, for the Defendant to file their responsive pleadings, and agree to a responsive pleading deadline of the same.

Respectfully submitted this 21st day of April 2025.

/s/ *Jacquelyne K. Phelps*
Jacquelyne K. Phelps
Oklahoma Bar No. 34366
Assistant General Counsel
Oklahoma State Department of Education
2500 N. Lincoln Blvd. Ste. 500
Oklahoma City, OK 73105
Tel: 405-521-2983

# CERTIFICATE OF SERVICE

The undersigned, Jacquelyne Phelps, an attorney with the Oklahoma State Department of Education, hereby certifies that on April 21, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF System.

/s/Jacquelyne K. Phelps
JACQUELYNE K. PHELPS
Oklahoma Bar No. 34366
Assistant General Counsel
Oklahoma State Department of Education
2500 N. Lincoln Blvd. Ste. 500
Oklahoma City, OK 73105
Tel: 405-521-2983
Email: Jacki.Phelps@sde.ok.gov

*Counsel for Plaintiffs*