UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

Oklahoma State Department of Education, et al.,
                                                         Plaintiff,
vs.                                                                              Case No.: 25-cv-00094

Freedom From Religion Foundation,
                                                         Defendant.

## DISCLOSURE STATEMENT

| **"PARTY" DEFINED:** | Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action. |
|---|---|

Pursuant to Fed. R. Civ. P. 7.1:

Freedom From Religion Foundation
*[enter name of party on the line above]*

who is a (check one)   ☐ PLAINTIFF    ☒ DEFENDANT    ☐ OTHER: _____

in this action, makes the following disclosures:

| **INSTRUCTIONS**: | 1. Determine which part(s) of the form apply: <br>• Part I is applicable in <u>diversity cases only</u> and must be completed by all parties. <br>• Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons. <br>• Part III is applicable in all cases and must be completed by all nongovernmental parties. <br>2. Check the applicable box or boxes, and fully provide any required information. <br>3. Attach separate pages as necessary to fully provide required information. |
|---|---|

### **PART I:   CITIZENSHIP**   (diversity cases **only**)

☐   This party is an individual who is a citizen of the state of _____.

☐   This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐   This party is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust).

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship.  If any member is itself a noncorporate entity, the citizenship for each sub-member of the noncorporate entity member must be provided as well.

☐   This party is a traditional trust.

If yes, identify each trustee and each trustee's state of citizenship. If any trustee is a noncorporate entity, the citizenship for each member of the noncorporate entity trustee must be provided as well.

## PART II:   NONGOVERNMENTAL ENTITY DISCLOSURES   (all cases)

☒ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☐ This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐ This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐ This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

## PART III:    OTHER INTERESTED PERSONS AND ENTITIES   (all cases)

☐ Another person, corporation, or noncorporate entity related to the party—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

    If yes, identify all persons, corporations, or noncorporate entities and the nature of their interest. If the interested entity is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust), identify the nature of the entity, each member of the entity with a direct financial interest in the outcome of the litigation, and the nature of each member's interest.

☒ There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this   23   day of   April  , 20 25  .

|               |                                                           |
|--------------:|:----------------------------------------------------------|
| Signature:    | /s/ Megan Lambert                                         |
| Printed Name: | Megan Lambert                                             |
| Bar Number:   | 33216                                                     |
| Firm Name:    | American Civil Liberties Union of Oklahoma Foundation     |
| Address:      | PO Box 13327                                              |
| City, State, Zip Code: | Oklahoma City, OK, 73113                         |
| Phone/Fax:    | (405) 286-1104                                            |
| Email Address:| mlambert@acluok.org                                       |

## CERTIFICATE OF SERVICE

I hereby certify that on   April 23, 2025   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Jacquelyne K. Phelps

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery

☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Megan Lambert
Signature