AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| Oklahoma State Department of Education, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-CV-00094 |
| Freedom from Religion Foundation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Freedom From Religion Foundation.

Date:   04/25/2025

*Adam H. Hines*
*Attorney's signature*

Adam H. Hines OBA No. 35640
*Printed name and bar number*

PO Box 13327
Oklahoma City, OK 73113

*Address*

ahines@acluok.org
*E-mail address*

(405) 286-1317
*Telephone number*

*FAX number*