UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE DEPARTMENT OF EDUCATION, *et al.*, | |
| *Plaintiffs*, | Case No. CIV-25-94-JFH |
| v. | Hon. John F. Heil, III |
| FREEDOM FROM RELIGION FOUNDATION | |
| *Defendant*. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR83.2(f), undersigned counsel, as counsel for Defendant, hereby applies for the Admission Pro Hac Vice of Ben Wizner, Vera Eidelman, and Scarlet Kim to appear as counsel in the above-referenced matter for purposes of representing Defendant. The undersigned counsel hereby certifies that Ben Wizner is a member in good standing of the State Bars of California and New Hampshire, and Vera Eidelman and Scarlet Kim are a members in good standing of the State Bar of New York. As required by the subject rule, copies of the Requests for Admission Pro Hac Vice of Ben Wizner, Vera Eidelman, and Scarlet Kim are submitted contemporaneously herewith.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting the Request for Admission Pro Hac Vice of Ben Wizner, Vera Eidelman, and Scarlet Kim.

Dated: May 5, 2025

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
Oklahoma Bar Number: 33216
American Civil Liberties Union of
Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed the foregoing document with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org