UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

Oklahoma State Department of Education, et al. )
Plaintiff(s) )
)
vs. ) Case Number: 25-cv-00094
)
Freedom From Religion Foundation )
Defendant(s)

**REQUEST FOR ADMISSION PRO HAC VICE**
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Vera Eidelman

2. State bar membership number: 5646088 (NY)

3. Firm name, business address, telephone and fax numbers:
   American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004
   (T): 212-549-2500
   (F): 866-339-7328

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   New York (2d Department), Second Circuit Court of Appeals, Fifth Circuit Court of Appeals, Eighth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, Supreme Court of the United States

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes_____   No__X_____

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes_____   No__X_____

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules and administrative procedures of this Court?   Yes__X_____   No_____

8. Have you completed a training course for the CM/ECF application in any Court? If yes, list where and the date of completion.   Yes_____   No__X_____

DATED this ___5___ day of ___May_____, 20_25__.

/s/ Vera Eidelman
_____
Signature