AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma 

| | |
|---|---|
| Oklahoma State Department of Education, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-00094 |
| Freedom From Religion Foundation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Freedom From Religion Foundation.

Date: 05/13/2025

/s/ Ben Wizner
*Attorney's signature*

Ben Wizner (CA: 215724)
*Printed name and bar number*

125 Broad Street, 18th Floor
New York, NY 10004
*Address*

bwizner@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(866) 339-7328
*FAX number*