AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma ▼

| | |
|---|---|
| Oklahoma State Department of Education, et al. ) <br> *Plaintiff* ) <br> v. ) <br> Freedom From Religion Foundation ) <br> *Defendant* ) | Case No. 25-cv-00094 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   *Defendant Freedom From Religion Foundation*

Date:   05/16/25

/s/ Scarlet Kim
*Attorney's signature*

Scarlet Kim (NY: 5025952)
*Printed name and bar number*

125 Broad Street, 18th Floor
New York, NY 10004
*Address*

scarletk@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(866) 339-7328
*FAX number*