## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

OKLAHOMA STATE DEPARTMENT OF
EDUCATION, and
RYAN WALTERS, in his official capacity
as Superintendent of Public Instruction,
and in his individual capacity,

*Plaintiffs*,

v.

FREEDOM FROM RELIGION
FOUNDATION,

*Defendant*.

Case No. 6:25-cv-94-JFH

Hon. John F. Heil, III

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant respectfully requests, pursuant to LCvR 7.1(e), that the Court extend the deadline to file Defendant's reply brief in further support of its Motion to Dismiss Plaintiffs' Complaint by seven (7) days. Doc. 17. In support of this request, Defendant states as follows:

1. On May 9, 2025, Defendant filed its Motion to Dismiss Plaintiffs' Complaint. Doc. 17.

2. On May 23, 2025, Plaintiffs filed their response to the Defendant's Motion to Dismiss. Doc. 24.

3. Under LCvR 7.1(e), Defendant's deadline to file a reply brief in further support of its Motion to Dismiss was set to June 6, 2025 by default.

4. Defendant respectfully request that this Court extend the deadline to submit a reply brief in further support of its Motion to Dismiss by seven (7) days to June 13, 2025.

5. Defendant has not made any other requests to extend a filing deadline in this matter.

6. Counsel for Defendant have conferred with counsel for Plaintiffs prior to filing this motion. Plaintiffs do not object to an extension of seven days.

7. One member of the Defendant's legal team, Adam Hines, will be out of office from May 23, 2025 to June 1, 2025. Another member, Megan Lambert, has a conflicting briefing deadline in *Padres Unidos de Tulsa, et al. v. Drummond, et al.*, No. 24-cv-511 (W.D. Okla.)

8. Other members of Defendant's legal team, Vera Eidelman and Scarlet Kim, have a conflicting briefing deadline in *Rhode Island Latino Arts v NEA*, No. 1:25-cv-79-WES (D.R.I.).

9. Granting this motion will not affect any other deadlines.

**WHEREFORE**, Defendant respectfully requests that the Court extend the time to file its reply in further support of Defendant's Motion to Dismiss until June 13, 2025.


Date: May 27, 2025                    Respectfully submitted,


                                      */s/ Megan Lambert*

                                      Megan Lambert
                                      Oklahoma Bar Number: 33216
                                      Adam H. Hines
                                      Oklahoma Bar Number: 35640
                                      AMERICAN CIVIL LIBERTIES UNION
                                      FOUNDATION OF OKLAHOMA
                                      P.O. Box 13327
                                      Oklahoma City, OK 73113
                                      Tel.: 405-524-8511
                                      ahines@acluok.org
                                      mlambert@acluok.org

                                      Vera Eidelman*
                                      Scarlet Kim*
                                      Ben Wizner*
                                      AMERICAN CIVIL LIBERTIES
                                       UNION FOUNDATION
                                      125 Broad Street, 18th Floor

New York, NY 10004
Tel: 212-549-2500
veidelman@aclu.org
scarletk@aclu.org
bwizner@aclu.org

*Counsel for Defendant*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing document with

the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of

record.

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

*Counsel for Defendant*