AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Oklahoma ▼

| | | |
|---|---|---|
| Ryan Walters, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:25cv94-JFH |
| Freedom From Religion Foundation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ryan Walters & Oklahoma State Department of Education                               .

Date:     05/30/2025

*Attorney's signature*

Michael T. Beason OBA #18535

*Printed name and bar number*

Oklahoma State Department of Education
2500 N. Lincoln Blvd. Ste. 500
Oklahoma City, OK 73105

*Address*

Michael.Beason@sde.ok.gov

*E-mail address*

(405) 521-9823

*Telephone number*

*FAX number*