IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA**, *ex rel.* **OKLAHOMA STATE DEPARTMENT OF EDUCATION**, and **RYAN WALTERS**, in his official capacity as Superintendent of Public Instruction, and in his individual capacity,<br><br>*Plaintiff*,<br><br>v.<br><br>**FREEDOM FROM RELIGION FOUNDATION**,<br><br>*Defendant*. | Case No. CIV-25-94-GLJ |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Michael T. Beason, General Counsel for Oklahoma State Department of Education, moves the Court for an order allowing him to withdraw as an attorney of record for Respondents Ryan Walters, in his official capacity as Oklahoma State Superintendent of Public Instruction and in his individual capacity ("**Superintendent**"), and Oklahoma State Department of Education ("**OSDE**"). This motion is made on the following grounds:

1. The undersigned entered his appearance in this matter on May 30, 2025.

2. Plaintiffs, Superintendent and OSDE, will continue to be represented by counsel of record, Jacquelyne K. Phelps, Assistant General Counsel for OSDE, who entered her appearance on March 31, 2025.

Respectfully submitted,

*s/ Michael T. Beason*
Michael T. Beason, OBA #18535
General Counsel
OKLAHOMA STATE DEPARTMENT OF
EDUCATION
2500 N. Lincoln Blvd. Ste. 500
Oklahoma City, OK 73105
Tel: 405-521-2983
Email: Michael.Beason@sde.ok.gov

**CERTIFICATE OF MAILING**

I certify that on June 16, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/ Michael T. Beason*
Michael T. Beason, OBA #18535