IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE DEPARTMENT OF EDUCATION and RYAN WALTERS, in his official capacity as Superintendent of Public Instruction, and in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM FROM RELIGION FOUNDATION,<br><br>Defendant. | Case No. 25-CV-094-JFH |

## JUDGMENT OF DISMISSAL

In an Order filed contemporaneously herewith, the Court dismissed this action without prejudice for lack of subject matter jurisdiction. Judgment of dismissal of Plaintiffs' claims is hereby entered.

Dated this 13th day of August 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE